RECEIVED
NOV 15 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Brett Stansberry :
(Enter above the full name of the plaintiff in this action)

v. :

Pappadeaux :

:

:

(Enter the above full name of the defendant or defendants in this action) :

Case No. **1:22CV667**

JUDGE COLE
MAGISTRATE JUDGE LITKOVITZ

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

## I. Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff Brett Stansberry

Address 850 Hutchings Ave Apt 3

Telephone No. (513) 386-9090

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant Pappadeaux
(As named in the attached charge)

Address 11975 Northwest Blvd Springdale OH 45246

C. Additional defendants (as named in the attached charge):

_____

_____

_____

## II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was _9-1-2022_.

B. The date you received the notice of right to sue was _9-01-22_.

C. ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

(a) it shall be an unlawful employment practice for an employer --

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

I went to Pappadeaux to work was harassed, assualted, badgered by both employees and management. They made it clear that they were doing it because they thought I was sazy. I called the health department (Retailiation) & Also stated that the police were stated personal info that indicate truth

-2-

## IV. Relief

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

Stop the unlawfull harassment
Arrest/fire the people involved
Finacal reimbursement

_Brett Hansberry_
_Brett S_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11-15-2022
(Date)

_Brett Hansberry_
(Signature of Plaintiff)

-3-