IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRETT STANSBERRY,

    *Plaintiff,*

vs.

PAPPADEAUX,

    *Defendant.*

Case No. 1:22-cv-667

Judge Jeffery P. Hopkins

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the July 2, 2024 Order, the Magistrate Judge's March 27, 2024 Report and Recommendation is **ADOPTED** in its entirety, the Plaintiff's Complaint (Doc. 13) is **DISMISSED** without prejudice.

Dated: July 3, 2024

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk